| | |
|---|---|
| **Return** |

| Case No: 17-MJ-2225 | Date and time warrant served on provider: 09/08/17 10:00 AM via portal |
|---|---|
| Inventory made in the presence of: | |

Inventory of data seized:
[Please provide a description of the information produced.]

10/2/17 Google (gmail) provided numerous emails for extramoretrading@gmail.com (Google Ref #1212354). Email data Reviewed for items described in Attachment B. Approximately 150 emails Retained/seized with content communicating stamp sales, purchases, solicitations, etc.

**Certification**

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11-28-17

_Executing officer's signature_

Hazan, US Postal Inspector
_Printed name and title_